UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| AMERICAN TECHNOLOGY CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>PAT MAH, *et al.*,<br><br>  Defendants. | Case No. 2:96-cv-00015-DWH-RJJ<br><br>ORDER |
|---|---|

This matter is before the Court to clarify the order filed on March 30, 1999. (ECF No. 37.)

Upon further review of the case, it was noted there was no directive as to the $50,000.00 surety bond posted by Neil J. Beller on behalf of Plaintiff American Technology Corporation on January 24, 1997, Bond No. NV 22911, Receipt No. 54958. (ECF No. 32.)

It is therefore ordered that the $50,000.00 surety bond posted in this matter is fully exonerated.

DATED THIS 23rd Day of December 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE